## In re ALLISON.

No. 1456.    Opinion Filed January 16, 1912.

Original petition in *habeas corpus* by Kenner Whitaker Allison.   Dismissed.

Opinion by BREWER, C.   This is an original petition in *habeas corpus*.   It was filed in this court on the 3rd day of March, 1910.   It seems to have been filed by the petitioner in person, as no attorney appears anywhere in the record.   No writ appears to have been issued, and there is, of course, no return to a writ. There is therefore nothing here for this court to pass upon.   The petition should be dismissed.

By the Court: It is so ordered.

All the Justices concur.